# Exhibit 1



March 23, 2017

Bureau of Alcohol, Tobacco, Firearms and Explosives
ATTN: Disclosure Division, Room 4E.301
99 New York Ave, NE
Washington DC, 20226

To Whom It May Concern:

This is a request under the Freedom of Information Act. Through my research, I have learned that the Bureau of Alcohol, Tobacco, Firearms and Explosives notifies law enforcement agencies when a weapon that is or was owned by the agency is used in a crime or is confiscated in a criminal investigation. I also understand that the Bureau has an internal tracking code to classify these weapons.

As such, under the Freedom of Information Act, 5 U. S. C. subsection 552, I am requesting the following information:

-The National Tracing Center's internal completion codes for law enforcement weapons, current or former.

- Any and all memos, communications, reports, and other to documents related to E-Trace matches of current or former law enforcement weapons, from 2006 to the present.

- Total number of weapons traced back to former law enforcement ownership, annually from 2006 to the present.

- Copies of any and all communications notifying law enforcement agencies when their current or former weapons have entered or been involved in an E-Trace.

- Copies of policies and guidance dictating how the agency handles law enforcement weapons in E-Trace.

1400 65th, Suite 200 Emeryville, CA 94608 ▓▓▓▓
PHONE 510 809 3160 ▓▓▓▓ TWITTER @CIRonline
▓▓▓▓ WEB cironline.org ▓▓▓▓

Please consider a fee waiver for this research/information. I am a reporter working with the nonprofit news organization Reveal from The Center for Investigative Reporting. This information will not be used for commercial purposes. If there are any fees for searching for or copying the records, please let me know before you work on my request; or please supply the records without informing me of the cost if the fees do not exceed $50, which I agree to pay. I would prefer to receive this information electronically. Please expedite this request if possible.

If you deny all or any part of this request, please cite each specific exemption you think justifies your refusal to release the information and notify me of appeal procedures available under law.

If you have any questions about handling this request, you may telephone me.

Sincerely,


Alain Stephens
Reporter
The Center for Investigative Reporting
6805 Wood Hollow #124
Austin, TX 78731
C: 972.955.1166

1400 65th, Suite 200 Emeryville, CA 94608
PHONE 510 809 3160                    TWITTER @CIRonline
                    WEB cironline.org