1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  ROBIN M. WALL (CABN 235690)
   Assistant United States Attorney

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7071
        FAX: (415) 436-6748
        robin.wall@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | CASE NO. 3:17-cv-06557-JSC<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR INJUNCTIVE RELIEF** |

**DEFENDANT'S ANSWER TO THE COMPLAINT**

Defendant, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("Defendant" or "ATF"), a component of the U.S. Department of Justice, by and through the undersigned counsel, hereby answers plaintiff's Complaint as follows:

In response to the specifically-enumerated paragraphs set forth in the Complaint, defendant admits, denies, and otherwise avers as follows:

## INTRODUCTION

1. This paragraph consists of plaintiff's statement of the underlying action and prayer for relief, to which no response is required.
2. Admit that plaintiff transmitted a FOIA request to defendant, which speaks for itself and is the best evidence of its contents and date of transmittal.
3. This paragraph consists of plaintiff's legal conclusions, to which no response is required.
4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.
5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.
6. This paragraph consists of plaintiff's prayer for relief, to which no response is required.

## PARTIES

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.
8. Admit.

## JURISDICTION

9. This paragraph consists of plaintiff's legal conclusions, to which no response is required.

## VENUE AND INTRADISTRICT ASSIGNMENT

10. This paragraph consists of plaintiff's legal conclusions, to which no response is required.
11. This paragraph consists of plaintiff's legal conclusions, to which no response is required.

## FACTUAL BACKGROUND

### Trace Firearms Records Held by ATF

12. Admit.
13. Admit.
14. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.
15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations in this paragraph.

16. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

18. This paragraph consists of plaintiff's legal conclusions, to which no response is required.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

20. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

24. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

25. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

**The FOIA Request**

26. Admit that plaintiff transmitted a FOIA request to defendant, which speaks for itself and is the best evidence of its contents and date of transmittal.

27. Admit.

28. Admit that plaintiff sought expedited processing of the FOIA request.

29. Admit that plaintiff requested a fee waiver.

30. Admit that plaintiff requested a fee waiver.

31. Admit that Alain Stephens sent an email to foiamail@atf.gov on May 24, 2017, which speaks for itself and is the best evidence of its contents.

32. Admit that defendant acknowledged receipt of plaintiff's FOIA request by letter dated May 26, 2017, which speaks for itself and is the best evidence of its contents.

33. Defendant admits that plaintiff contacted defendant but lacks knowledge or information sufficient to affirm the communications were as described in the paragraph.

34. Admit that Andrew Donohue contacted defendant via email on September 12, 2017, which speaks for itself and is the best evidence of its contents.

35. Admit that Victoria Baranetsky sent a letter to defendant dated November 3, 2017, which speaks for itself and is the best evidence of its contents.

36. Admit.

37. This paragraph consists of plaintiff's legal conclusions, to which no response is required.

38. This paragraph consists of plaintiff's legal conclusions and prayer for relief, to which no response is required.

## CAUSE OF ACTION

### Violation of Freedom of Information Act

39. Defendant incorporates its responses to paragraphs 1-38 as if fully set forth herein.

40. This paragraph consists of plaintiff's legal conclusions, to which no response is required.

41. This paragraph consists of plaintiff's legal conclusions, to which no response is required.

42. This paragraph consists of plaintiff's legal conclusions, to which no response is required.

43. This paragraph consists of plaintiff's legal conclusions, to which no response is required.

### REQUESTED RELIEF

The remainder of the Complaint consists of plaintiff's prayer for relief, to which no response is required. To the extent that a response is required, defendant denies that plaintiff is entitled to any of the relief requested or to any relief whatsoever. Each and every allegation not heretofore expressly admitted or denied is denied.

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over any matter to the extent plaintiff failed to satisfy prerequisites to suit, as well as over any requests or allegations that are not contained in a Freedom of Information Act request at issue in this action.

## SECOND AFFIRMATIVE DEFENSE

The Freedom of Information Act does not authorize the relief requested.

## THIRD AFFIRMATIVE DEFENSE

The FOIA requests that are the subject of this lawsuit implicate certain information that is protected from disclosure by one or more statutory exemptions. Disclosure of such information is not required or permitted.

Defendant reserves the right to assert additional affirmative defenses in the event that such affirmative defenses would be appropriate.

WHEREFORE, Defendant prays that:

1. The Complaint be dismissed with prejudice;
2. Plaintiff take nothing by this action;
3. No declaratory or injunctive relief be awarded to plaintiff;
4. The court enter judgment in favor of Defendant; and
5. The court grant such other and further relief as it deems just and proper.

DATED: December 29, 2017

BRIAN J. STRETCH
Acting United States Attorney

*/s/ Robin M. Wall*
Robin M. Wall
Assistant United States Attorney
Attorneys for Federal Defendant

DEF.'S ANSWER
17-CV-06557 JSC