D. Victoria Baranetsky (SBN #311892)
THE CENTER FOR INVESTIGATIVE REPORTING

    1400 65th St., Suite 200
    Emeryville, CA 94608
    Telephone: (510) 809-3160
    Fax: (510) 849-6141
    vbaranetsky@revealnews.org

Attorney for Plaintiff

ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    Fax: (415) 436-6748
    robin.wall@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | CASE NO. 3:17-cv-06557-JSC<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE SCHEDULING; PROPOSED ORDER** |

## STIPULATION

Plaintiff The Center for Investigative Reporting ("CIR" or "Plaintiff") and Defendant United States Department of Justice ("DOJ" or "Defendant") respectfully submit a proposed briefing schedule for summary judgment in this Freedom of Information Act (FOIA) case. The parties also respectfully

1  request that the Court vacate the April 5, 2018, case management conference as unnecessary; or, in the
2  alternative, continue the conference to April 19, 2018, to accommodate a scheduling conflict for
3  defendant's counsel.
4      WHEREAS the parties have worked to resolve their dispute and have substantially narrowed the
5  issues to submit to the Court for its consideration;
6      WHEREAS the remaining issue in the case presents a legal question regarding the release of
7  firearms tracing data from the National Tracing Center of the Bureau of Alcohol, Tobacco, Firearms and
8  Explosives that the parties have not been able to resolve and believe should be submitted to the Court;
9      WHEREAS the parties propose the following briefing schedule to resolve the remaining issue in
10 this FOIA litigation:

11     April 26, 2018:    Defendant's motion for summary judgment
12     May 24, 2018:    Plaintiff's opposition
13     June 7, 2018:    Defendant's reply
14     June 21, 2018:    Plaintiff's sur-reply
15     June 28, 2018:    Hearing on the motion

16     WHEREAS the parties do not believe that a case management conference is necessary at this
17 time and believe that the conference currently scheduled for April 5, 2018, should be vacated;
18     WHEREAS defendant's counsel has a settlement conference before Magistrate Judge Sallie Kim
19 in another case scheduled for April 5, 2018, that presents a conflict with the case management
20 conference currently scheduled for the same day; and
21     WHEREAS, in the event that the Court does not vacate the case management conference, the
22 parties believe that the conference should be continued to April 19, 2018, to accommodate counsel's
23 scheduling conflict.
24     For these reasons, the parties respectfully request that the Court order the requested briefing
25 schedule and vacate the case management conference currently schedule for April 5, 2018, or, in the
26 alternative, continue the case management conference to April 19, 2018, or another convenient date for
27 the Court.
28

STIPULATION RE BRIEFING SCHEDULE
17-CV-06557 JSC

| | |
|---|---|
| Dated: March 29, 2018 | ALEX G. TSE<br>Acting United States Attorney<br><br>*/s/ Robin M. Wall*<br>Robin M. Wall<br>Assistant United States Attorney<br>Attorneys for Defendant<br>U.S. Department of Justice |
| Dated: March 29, 2018 | D. VICTORIA BARANETSKY<br><br>*/s/ D. Victoria Baranetsky*<br>D. Victoria Baranetsky<br>Attorney for Plaintiff<br>Center for Investigative Reporting |

## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Victoria Baranetsky has concurred in the filing of this document.

| | |
|---|---|
| Dated: March 29, 2018 | ALEX G. TSE<br>Acting United States Attorney<br><br>*/s/ Robin M. Wall*<br>Robin M. Wall<br>Assistant United States Attorney<br>Attorneys for Defendant<br>U.S. Department of Justice |

**PROPOSED ORDER**

For good cause shown, the briefing schedule on defendant's anticipated motion for summary judgment shall be as follows with the parties' briefs due on or before the following dates:

| | |
|---|---|
| April 26, 2018: | Defendant's motion for summary judgment |
| May 24, 2018: | Plaintiff's opposition |
| June 7, 2018: | Defendant's reply |
| June 21, 2018: | Plaintiff's sur-reply |
| June 28, 2018, 9 a.m.: | Hearing on the motion |

The case management conference currently scheduled for April 5, 2018, is hereby vacated.

[OR IN THE ALTERNATIVE

The case management conference currently scheduled for April 5, 2018, is continued to April 19, 2018, at 1:30 p.m.]

SO ORDERED.

Dated: _____, 2018

_____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge