D. Victoria Baranetsky (SBN #311892)
THE CENTER FOR INVESTIGATIVE REPORTING

     1400 65th St., Suite 200
     Emeryville, CA 94608
     Telephone: (510) 809-3160
     Fax: (510) 849-6141
     vbaranetsky@revealnews.org

Attorney for Plaintiff

ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7071
     Fax: (415) 436-6748
     robin.wall@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, <br><br>     Plaintiff, <br><br>   v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br>     Defendant. | CASE NO. 3:17-cv-06557-JSC <br><br> **JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S FEE MOTION; PROPOSED ORDER** |

**JOINT STIPULATION**

Pursuant to the Court's September 6, 2018, minute order (ECF 45), Plaintiff The Center for

Investigative Reporting ("CIR" or "Plaintiff") and Defendant United States Department of Justice

("DOJ" or "Defendant") respectfully submit the following proposed briefing schedule for plaintiff's

1  anticipated motion for attorney's fees and costs in this Freedom of Information Act (FOIA) case.

2          The parties continue to work to resolve the fee issue and are hopeful that they will be able to

3  resolve the issue during the first week of October 2018.  Scheduling issues and the availability of

4  necessary agency personnel make a resolution of this issue unlikely before early October.  In the event

5  that the parties are able to resolve the fee issue, they will inform the Court promptly.

6          The parties propose the following briefing schedule in the event that their discussions are not

7  successful:

8          Nov. 1, 2018:                  Plaintiff's motion for attorney's fees and costs

9          Nov. 15, 2018:                 Defendant's opposition

10         Nov. 29, 2018:                 Plaintiff's reply

11         Dec. 6, 2018, 9 a.m.:          Hearing on the motion

12         The parties respectfully request that the Court order the requested briefing schedule.

13  Dated:  September 20, 2018                ALEX G. TSE
                                              United States Attorney
14

15                                            /s/ Robin M. Wall
                                              Robin M. Wall
16                                            Assistant United States Attorney
                                              Attorneys for Defendant
17                                            U.S. Department of Justice

18  Dated:  September 20, 2018                D. VICTORIA BARANETSKY

19                                            /s/ D. Victoria Baranetsky
20                                            D. Victoria Baranetsky
                                              Attorney for Plaintiff
21                                            Center for Investigative Reporting

22

23                              **CERTIFICATION**

24         Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Victoria Baranetsky

25  has concurred in the filing of this document.

26  Dated:  September 20, 2018                ALEX G. TSE
                                              United States Attorney
27

28                                            /s/ Robin M. Wall
                                              Robin M. Wall
                                              Assistant United States Attorney

STIPULATION RE BRIEFING SCHEDULE
17-CV-06557 JSC

**PROPOSED ORDER**

For good cause shown, the briefing schedule on plaintiff's anticipated motion for attorney's fees and costs shall be as follows with the parties' briefs due on or before the following dates and with the hearing at the date and time identified below:

| | |
|---|---|
| Nov. 1, 2018: | Plaintiff's motion for attorney's fees and costs |
| Nov. 15, 2018: | Defendant's opposition |
| Nov. 29, 2018: | Plaintiff's reply |
| Dec. 6, 2018, 9 a.m.: | Hearing on the motion |

SO ORDERED.


Dated: _____, 2018                    _____

HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge