D. Victoria Baranetsky (SBN #311892)
THE CENTER FOR INVESTIGATIVE REPORTING

    1400 65th St., Suite 200
    Emeryville, CA 94608
    Telephone: (510) 809-3160
    Fax: (510) 849-6141
    vbaranetsky@revealnews.org

Attorney for Plaintiff


ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    Fax: (415) 436-6748
    robin.wall@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | CASE NO. 3:17-cv-06557-JSC<br><br>**JOINT STATEMENT AND STIPULATION; PROPOSED JUDGMENT** |

**JOINT STATEMENT AND STIPULATION**

Pursuant to the Court's September 24, 2018, Order (ECF 47), Plaintiff The Center for Investigative Reporting ("CIR" or "Plaintiff") and Defendant United States Department of Justice ("DOJ" or "Defendant") respectfully submit this joint statement and stipulation and proposed final

judgment for the Court's consideration.

The parties have met and conferred regarding Plaintiff's claim for attorneys' fees and costs and have reached agreement to reserve their respective rights and re-visit the issue following Plaintiff's expected appeal of the Court's judgment in this action.

In order to permit Plaintiff's expected appeal to proceed, the parties respectfully request that the Court enter the proposed judgment in this action.

IT IS SO STIPULATED.

Dated: November 1, 2018　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　 */s/ Robin M. Wall*
　　　　　　　　　　　　　　　　　　　　　Robin M. Wall
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice

Dated: November 1, 2018　　　　　　　　　D. VICTORIA BARANETSKY

　　　　　　　　　　　　　　　　　　　　　 */s/ D. Victoria Baranetsky*
　　　　　　　　　　　　　　　　　　　　　D. Victoria Baranetsky
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Center for Investigative Reporting

## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Victoria Baranetsky has concurred in the filing of this document.

Dated: November 1, 2018　　　　　　　　　ALEX G. TSE
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　 */s/ Robin M. Wall*
　　　　　　　　　　　　　　　　　　　　　Robin M. Wall
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice

| | |
|---|---|
| 1 | D. Victoria Baranetsky (SBN #311892) |
| | THE CENTER FOR INVESTIGATIVE REPORTING |
| 2 | |
| |     1400 65th St., Suite 200 |
| 3 |     Emeryville, CA 94608 |
| |     Telephone: (510) 809-3160 |
| 4 |     Fax: (510) 849-6141 |
| |     vbaranetsky@revealnews.org |
| 5 | |
| | Attorney for Plaintiff |
| 6 | |
| 7 | ALEX G. TSE (CABN 152348) |
| | United States Attorney |
| 8 | SARA WINSLOW (DCBN 457643) |
| | Chief, Civil Division |
| 9 | ROBIN M. WALL (CABN 235690) |
| | Assistant United States Attorney |
| 10 | |
| |     450 Golden Gate Avenue, Box 36055 |
| 11 |     San Francisco, California 94102-3495 |
| |     Telephone: (415) 436-7071 |
| 12 |     Fax: (415) 436-6748 |
| |     robin.wall@usdoj.gov |
| 13 | |
| | Attorneys for Defendant |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, | ) | CASE NO. 3:17-cv-06557-JSC |
| | ) | |
|     Plaintiff, | ) | **PROPOSED JUDGMENT** |
| | ) | |
|   v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
|     Defendant. | ) | |

**JUDGMENT**

    The issues having been fully considered, and the Court having granted in part and denied in part the parties' cross-motions for summary judgment, it is hereby Ordered and Adjudged that judgment be entered in part in favor of Defendant against Plaintiff, as set forth in the Court's order of July 10, 2018

PROPOSED JUDGMENT
17-CV-06557 JSC

1  (ECF 39) and that the action be dismissed.
2      SO ORDERED.
3
4  Dated: _____, 2018      _____
5                                                        HON. JACQUELINE SCOTT CORLEY
                                                      United States Magistrate Judge

PROPOSED JUDGMENT
17-CV-06557 JSC