1  D. Victoria Baranetsky (SBN #311892)
   THE CENTER FOR INVESTIGATIVE REPORTING

2

3       1400 65th St., Suite 200
        Emeryville, CA 94608
        Telephone: (510) 809-3160

4       Fax: (510) 849-6141
        vbaranetsky@revealnews.org

5

6  Attorney for Plaintiff

7  ALEX G. TSE (CABN 152348)
   United States Attorney

8  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division

9  ROBIN M. WALL (CABN 235690)
   Assistant United States Attorney

10

11      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7071

12      Fax: (415) 436-6748
        robin.wall@usdoj.gov

13

14 Attorneys for Defendant

       UNITED STATES DISTRICT COURT
15
       NORTHERN DISTRICT OF CALIFORNIA
16
       SAN FRANCISCO DIVISION
17

18 THE CENTER FOR INVESTIGATIVE          )  CASE NO. 3:17-cv-06557-JSC
   REPORTING,                            )
19                                       )  **SECOND JOINT STATEMENT AND**
                                         )  **STIPULATION; PROPOSED JUDGMENT**
20         Plaintiff,                    )
                                         )
21    v.                                 )
                                         )
22 UNITED STATES DEPARTMENT OF           )
   JUSTICE,                              )
23                                       )
           Defendant.                    )
24 ─────────────────────────────────────)

25            **JOINT STATEMENT AND STIPULATION**

26        Pursuant to the Court's November 5, 2018, Order (ECF 50), Plaintiff The Center for

27 Investigative Reporting ("CIR" or "Plaintiff") and Defendant United States Department of Justice

28 ("DOJ" or "Defendant") respectfully submit this joint statement and stipulation and proposed final

1   judgment for the Court's consideration.

2        Whereas the parties previously informed the Court, the parties have met and conferred regarding

3   Plaintiff's claim for attorneys' fees and costs and have reached agreement to reserve their respective

4   rights and re-visit the issue following Plaintiff's expected appeal of the Court's judgment in this action;

5        Whereas the parties have also met and conferred regarding Plaintiff's claim concerning the

6   adequacy of  Defendant's search for records outside of the Firearm Trace Systems database responsive

7   to Plaintiff's FOIA request, which was not resolved on summary judgment (*see, e.g.,* ECF 39 at 17; ECF

8   50 at 1);

9        Whereas, based on additional information provided by Defendant to Plaintiff regarding the

10  searches conducted by Defendant outside of the Firearm Trace Systems database in response to

11  Plaintiff's FOIA request, Plaintiff has agreed, and the parties hereby stipulate, to dismiss Plaintiff's

12  claims regarding the adequacy of such searches.

13       In order to permit Plaintiff's expected appeal to proceed, the parties respectfully request that the

14  Court enter the proposed judgment in this action.

15       IT IS SO STIPULATED.

16  Dated:  November 9, 2018                    ALEX G. TSE
                                                United States Attorney
17

18                                              */s/ Robin M. Wall*
                                                Robin M. Wall
19                                              Assistant United States Attorney
                                                Attorneys for Defendant
20                                              U.S. Department of Justice

21  Dated:  November 9, 2018                    D. VICTORIA BARANETSKY

22

23                                              */s/ D. Victoria Baranetsky*
                                                D. Victoria Baranetsky
24                                              Attorney for Plaintiff
                                                Center for Investigative Reporting
25

26

27

28

PROPOSED JUDGMENT
17-CV-06557 JSC

1

**CERTIFICATION**

2          Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Victoria Baranetsky

3   has concurred in the filing of this document.

4   Dated:  November 9, 2018                           ALEX G. TSE
                                                       United States Attorney
5

6                                                      _/s/ Robin M. Wall_____
                                                       Robin M. Wall
7                                                      Assistant United States Attorney
                                                       Attorneys for Defendant
8                                                      U.S. Department of Justice

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED JUDGMENT
17-CV-06557 JSC

D. Victoria Baranetsky (SBN #311892)
THE CENTER FOR INVESTIGATIVE REPORTING

     1400 65th St., Suite 200
     Emeryville, CA 94608
     Telephone: (510) 809-3160
     Fax: (510) 849-6141
     vbaranetsky@revealnews.org

Attorney for Plaintiff

ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7071
     Fax: (415) 436-6748
     robin.wall@usdoj.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, | CASE NO. 3:17-cv-06557-JSC |
| Plaintiff, | **PROPOSED JUDGMENT** |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | |

## JUDGMENT

     The issues having been fully considered, and the Court having granted in part and denied in part

the parties' cross-motions for summary judgment, it is hereby Ordered and Adjudged that judgment be

entered in part in favor of Defendant against Plaintiff, as to those claims decided in Defendant's favor in

1   the Court's order of July 10, 2018 (ECF 39); that Plaintiff's claims regarding the adequacy of

2   Defendant's searches outside of the Firearm Trace Systems database be dismissed pursuant to the

3   stipulation and agreement of the parties; and that the action be dismissed.

4        SO ORDERED.

5

6   Dated: _____, 2018        _____

7                                                HON. JACQUELINE SCOTT CORLEY
                                                 United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED JUDGMENT
17-CV-06557 JSC