| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 29 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

THE CENTER FOR INVESTIGATIVE REPORTING,

        Plaintiff-Appellant,

 v.

UNITED STATES DEPARTMENT OF JUSTICE,

        Defendant-Appellee.

No.   18-17356

D.C. No. 3:17-cv-06557-JSC
Northern District of California,
San Francisco

ORDER

Before: WARDLAW, M. SMITH, and BUMATAY, Circuit Judges.

Appellant is ordered to file a response to Appellee's Petition for Panel Rehearing or Rehearing En Banc, filed March 26, 2021. The response must be filed no later than twenty-one (21) days from the date of this order.

**IT IS SO ORDERED.**