1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  DAVID M. DEVITO (CABN 243695)
   Assistant United States Attorney
4
5         450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495
6         Telephone: (415) 436-7332
          Facsimile: (415) 436-6748
7         E-mail: david.devito@usdoj.gov

   Attorneys for Defendant
8

9                     UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
   THE CENTER FOR INVESTIGATIVE        )   No. 3:17-cv-06557-JSC
13 REPORTING,                          )
                                       )   **STIPULATION AND [PROPOSED] ORDER TO**
14        Plaintiffs,                  )   **CONTINUE CASE MANAGEMENT**
                                       )   **CONFERENCE**
15    v.                               )
                                       )
16 UNITED STATES DEPARTMENT OF         )
   JUSTICE,                            )
17                                     )
          Defendant.                   )
18                                     )
                                       )
19
          Pursuant to Civ. L.R. 6-2 and 7-12, the Parties, through undersigned counsel, submit the
20
   following stipulation and request to continue the upcoming case management conference and associated
21
   deadlines.
22
          1.      On September 23, 2021, the Ninth Circuit issued its Order and Opinion reversing this
23
   Court's judgment and remanding for further factual development, noting that "[t]he only question that
24
   . . . remains is whether the [Firearms Tracing System] database is currently capable of producing the
25
   information [Plaintiff] seeks in response to a search query."  ECF No. 63 at 8.
26
          2.      On June 6, 2022, the Court issued an Order Setting Case Management Conference,
27
   scheduling a case management conference for June 30, 2022 at 1:30 p.m. and ordering the Parties to
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
Case No. 3:17-cv-06557-JSC

                                        1

1  submit a joint case management conference statement addressing how the parties wish to proceed and

2  proposing a briefing schedule.  ECF No. 65.

3     3.     Following the Ninth Circuit's remand decision, Defendant released additional

4  information to Plaintiff.

5     4.     The Parties have met and conferred and agree that all issues relating to Defendant's

6  obligations to produce records under FOIA have been resolved, and that the only outstanding unresolved

7  issues relate to Plaintiff's claim for attorney's fees and costs.

8     5.     The Parties further agree that additional time is needed so that the Parties can attempt to

9  resolve Plaintiff's claim for attorney's fees and costs without the need for further litigation.  The Parties

10 believe that continuing the meet-and-confer process for this additional period is likely to be productive

11 in further narrowing the issues, and could potentially eliminate the need for further Court involvement.

12    6.     Accordingly, the Parties stipulate that the case management conference should be

13 continued to September 1, 2022 at 1:30 p.m., and respectfully request that the Court order the

14 continuance.

15    7.     The Parties propose to submit a joint case management statement to the Court on August

16 25, 2022, setting forth any remaining areas of dispute.  If at that time the Parties have not resolved

17 Plaintiff's claim for attorney's fees and costs and no such resolution appears imminent, the Parties shall

18 include in their statement a joint proposed briefing schedule for Plaintiff's motion for attorney's fees and

19 costs.

20    IT IS SO STIPULATED.

21 DATED: June 21, 2022                          Respectfully submitted,

22                                               STEPHANIE M. HINDS
                                                 United States Attorney
23
                                                 /s/ David M. DeVito[*]
24                                               DAVID M. DEVITO
                                                 Assistant United States Attorney
25
                                                 Attorneys for Defendant
26

27 _____

28      [*] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty
   of perjury that counsel for Plaintiff has concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
Case No. 3:17-cv-06557-JSC

DATED: June 21, 2022

THE CENTER FOR INVESTIGATIVE REPORTING

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

Attorneys for Plaintiff

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that:

1.  The Case Management Conference currently set for June 30, 2022 at 1:30 p.m. is hereby continued to September 1, 2022 at 1:30 p.m.; and

2.  The Parties will provide the Court with a Joint Case Management Statement by August 25, 2022.

   IT IS SO ORDERED.

DATED:_____

_____
HON. JACQUELINE SCOTT CORLEY
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
Case No. 3:17-cv-06557-JSC

3