STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7332
    Facsimile: (415) 436-6748
    E-mail: david.devito@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | No. 3:17-cv-06557-JSC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Pursuant to Civ. L.R. 6-2 and 7-12, the Parties, through undersigned counsel, submit the following stipulation and request to continue the upcoming case management conference and associated deadlines.

    1.    On September 23, 2021, the Ninth Circuit issued its Order and Opinion reversing this Court's judgment and remanding for further factual development, noting that "[t]he only question that . . . remains is whether the [Firearms Tracing System] database is currently capable of producing the information [Plaintiff] seeks in response to a search query." ECF No. 63 at 8.

    2.    On June 6, 2022, the Court issued an Order Setting Case Management Conference, scheduling a case management conference for June 30, 2022 at 1:30 p.m. and ordering the Parties to

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
Case No. 3:17-cv-06557-JSC

1

submit a joint case management conference statement addressing how the parties wish to proceed and proposing a briefing schedule. ECF No. 65.

3. Following the Ninth Circuit's remand decision, Defendant released additional information to Plaintiff.

4. The Parties have met and conferred and agree that all issues relating to Defendant's obligations to produce records under FOIA have been resolved, and that the only outstanding unresolved issues relate to Plaintiff's claim for attorney's fees and costs.

5. The Parties further agree that additional time is needed so that the Parties can attempt to resolve Plaintiff's claim for attorney's fees and costs without the need for further litigation. The Parties believe that continuing the meet-and-confer process for this additional period is likely to be productive in further narrowing the issues, and could potentially eliminate the need for further Court involvement.

6. Accordingly, the Parties stipulate that the case management conference should be continued to September 1, 2022 at 1:30 p.m., and respectfully request that the Court order the continuance.

7. The Parties propose to submit a joint case management statement to the Court on August 25, 2022, setting forth any remaining areas of dispute. If at that time the Parties have not resolved Plaintiff's claim for attorney's fees and costs and no such resolution appears imminent, the Parties shall include in their statement a joint proposed briefing schedule for Plaintiff's motion for attorney's fees and costs.

IT IS SO STIPULATED.

DATED: June 21, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ David M. DeVito*[*]
DAVID M. DEVITO
Assistant United States Attorney

Attorneys for Defendant

---

[*] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiff has concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
Case No. 3:17-cv-06557-JSC

1 | DATED: June 21, 2022

THE CENTER FOR INVESTIGATIVE REPORTING

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

Attorneys for Plaintiff

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that:

1. The Case Management Conference currently set for June 30, 2022 at 1:30 p.m. is hereby continued to September 1, 2022 at 1:30 p.m.; and
2. The Parties will provide the Court with a Joint Case Management Statement by August 25, 2022.

IT IS SO ORDERED.

DATED: June 23, 2022

HON. JACQUELINE SCOTT CORLEY
United States District Judge

```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7332
    Facsimile: (415) 436-6748
    E-mail: david.devito@usdoj.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. 3:17-cv-06557-JSC<br><br>**DECLARATION OF DAVID M. DEVITO** |

I, David M. DeVito, declare:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. The matters in this declaration are based on my personal knowledge and my review of the filings in this matter.

2.   I submit this declaration in support of the parties' Stipulation and [Proposed] Order to Continue Case Management Conference pursuant to Civil Local Rule 6-2(a).

3.   The Parties are requesting the continuance of the case management conference, currently set for June 30, 2022, to provide them with additional time to attempt to resolve this action cooperatively without further involvement of the Court.

4.   Since the Ninth Circuit's remand order dated September 23, 2021, there have been no