STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7332
     Facsimile: (415) 436-6748
     E-mail: david.devito@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. 3:17-cv-06557-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Pursuant to Civ. L.R. 6-2 and 7-12, the Parties, through undersigned counsel, submit the following stipulation and request to continue the upcoming case management conference and associated deadlines.

    WHEREAS, a Case Management Conference is currently scheduled in this matter for August 31, 2022. (ECF No. 69).

    WHEREAS, the Parties have met and conferred regarding Plaintiff's claim for attorney's fees and costs, which is the only outstanding unresolved issue in the case.

    WHEREAS, the Parties have exchanged settlement proposals and remain engaged in active negotiations. The Parties agree the meet and confer process has yielded significant progress toward a

1  potential resolution, and that additional time is needed so that the Parties can continue to meet and

2  confer in an effort to resolve Plaintiff's claim for attorney's fees and costs without the need for further

3  litigation.  The Parties believe that continuing the meet-and-confer process for this additional period is

4  likely to be productive, and could potentially eliminate the need for further Court involvement.

5            WHEREAS, the Parties further agree that if after this additional meet and confer period they are

6  unable to resolve Plaintiff's claim for attorney's fees and costs, they shall submit a joint proposed

7  briefing schedule for Plaintiff's motion for attorney's fees and costs.

8            NOW THEREFORE, the Parties hereby stipulate that the case management conference should

9  be continued to October 6, 2022 at 1:30 p.m., and respectfully request that the Court order the

10 continuance.

11           IT IS SO STIPULATED.

12 DATED: August 24, 2022                    Respectfully submitted,

13                                           STEPHANIE M. HINDS
                                             United States Attorney
14
                                             */s/ David M. DeVito*[*]
15                                           DAVID M. DEVITO
                                             Assistant United States Attorney
16
                                             Attorneys for Defendant
17

18 DATED: August 24, 2022                    THE CENTER FOR INVESTIGATIVE
                                             REPORTING
19
                                             */s/ D. Victoria Baranetsky*
20                                           D. VICTORIA BARANETSKY

21                                           Attorneys for Plaintiff

22

23

24

25

26

27

28           [*] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty
   of perjury that counsel for Plaintiff has concurred in the filing of this document.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
Case No. 3:17-cv-06557-JSC

1

**[PROPOSED] ORDER**

2

Pursuant to the stipulation of the parties, it is hereby ordered that:

3    1.   The Case Management Conference currently set for August 31, 2022 at 1:30 p.m. is hereby

4         continued to October 6, 2022 at 1:30 p.m.; and

5    2.   The Parties will provide the Court with a Joint Case Management Statement by September

6         29, 2022.

7         IT IS SO ORDERED.

8    DATED:_____

9                                              _____

10                                             HON. JACQUELINE SCOTT CORLEY
                                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28